144 A.3d 711

**ROACH, Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 234, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 711

**ROBERTSON**

v.

**COMPTROLLER OF MARYLAND**

**Pet. Docket No. 137, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.